[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 119.]

THE STATE EX REL. CARLISLE RETAILERS, INC., APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO; RINYO, APPELLANT.

[Cite as *State ex rel. Carlisle Retailers, Inc. v. Indus. Comm.*, 1998-Ohio-136.]

*Workers' compensation—Court of appeals' judgment reversed and order of Industrial Commission reinstated.*

(No. 97-507—Submitted July 15, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD04-464.

_____

*Greiner, Carolin & Spector* and *Thomas M. Carolin*, for appellee.

*Shapiro, Kendis & Associates Co., L.P.A.*, and *Rachel B. Jaffy*, for appellant.

_____

{¶ 1} The judgment of the court of appeals is reversed. The order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

_____